683 A.2d 1206

William FIORE, Appellant,

v.

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellee.

No. 130 Middle District Appeal Docket 1996.

Supreme Court of Pennsylvania.

Oct. 24, 1996.

## ORDER

PER CURIAM.

AND NOW, this 24th day of October, 1996, as a direct appeal the matter is quashed; it is treated as a petition for allowance of appeal and denied.